# THE LAW OFFICE OF ELISA HYMAN, P.C.

April 23, 2024

*VIA ECF*
Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED. The conference currently scheduled for May 3, 2024, at 11:00 a.m. is hereby RESCHEDULED to **May 14, 2024**, at **2:15 p.m.** The call-in instructions remain the same. Furthermore, the Court grants the BOE until **May 29, 2024** to answer the counterclaims in 23-CV-9745. The Clerk is directed to terminate ECF No. 28 in 23-CV-9745, and ECF No. 20 in 24-CV-2050.
>
> SO ORDERED.
> /s/ Jesse M. Furman
> April 25, 2024

Re: C.G., et al., v. New York City Department of Education, 24 CV 2050 (JMF)/ Bd. of Educ. of the City School District of the City of N.Y. v. A.G., et ano. Case No. 23 CV 9745 (JMF)

Dear Judge Furman:

I represent the Plaintiff, C.G., the parent of A.G., a student with a learning disability, in the above-referenced action 24-cv-2050 and the Defendant in 23-cv-9745. ("C.G.") I am writing to respectfully request an adjournment of the conference that has been rescheduled by the Court for May 3, 2024, at 11.a.m., in the above-referenced actions. (ECF No. 27 in 24-cv-2050 and ECF No. 19 in 23-cv-9745). The Court directed the parties to file a letter to adjourn if there is a lack of availability, proposing a new time and indicating joint availabilities for all weekdays between May 2 and May 10, 2024. *Id.* However, I am out of the country between May 2, and May 10, 2024, returning on the following business day, May 13, 2024. Thus, C.G.'s counsel is respectfully requesting permission to propose a date *after* May 10, 2024.

The Board of Education's ("BOE's") counsel also respectfully requests that the BOE's time to answer the counterclaims in 23 CV 9745 and to answer the complaint in 24 CV 2040 be extended to fourteen days after the rescheduled court conference. Under the circumstances, C.G. joins in the request, as the conference should be held, and the relationship of the cases addressed by the Court prior to the date on which the response should be filed.

The parties have conferred, and we are both available on May 14 (1:30 to 3:45)[1], May 15 (3:00 to 4:25), May 20 (11:00-1:20) and May 21 (1:00 onward), subject to the convenience of the Court.

If the proposal to schedule a date after May 10, 2024, is not acceptable, I can try to locate coverage and brief someone in my office to cover this appearance if it must be held the week I am away, although given the procedural complexities I believe it would be in my client's interest for the conference to be held when I can appear.

---

[1] The end times in the range are the times the conference would need to end given previously scheduled matters.

      If none of the above dates and times work for the Court, the parties can propose additional dates and times.

      Thank you for Your Honor's consideration of this request.

      Respectfully Submitted,

      /s/

      _____

      Elisa Hyman

Cc: Counsel of record